# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

## Title

- **Title of Work:** The Company You Keep
- **Nature of Work:** Motion Picture

## Completion/Publication

- **Year of Completion:** 2012

## Author

- **Author:** TCYK, LLC
- **Author Created:** Producer of Motion Picture
- **Work made for hire:** Yes
- **Domiciled in:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant

- **Copyright Claimant:** TCYK, LLC
  6360 Deep Dell Pl, Los Angeles, CA, 90068
- **Transfer Statement:** By Written Agreement

## Limitation of copyright claim

- **Material excluded from this claim:** A Novel; A Screenplay
- **Previously registered:** No
- **Previous registration and year:** PAu 3 578-816   2011
- **Basis of current registration:** This is a changed version of the work.
- **New material included in claim:** Added Principal Photography, Music, Effects, Etc.

## Certification

- **Name:** Nicholas Chartier
- **Date:** October 17, 2012

Page 1 of 2

Registration #: PAU003660935
Service Request #: 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | city |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 76.16.225.52 | 2D5554333330302D16732DED9D2B300390914F56 | µTorrent 3.3.0 | 04/20/2013 11:56:26 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 2 | 24.13.19.84 | 2D415A343831322D69433777397333266414 67372 | Vuze 4.8.1.2 | 04/20/2013 11:50:17 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Carpentersville |
| 3 | 50.151.205.216 | 2D4243303133342D163D09512788E7B344A2874A | BitComet 1.34 | 04/20/2013 11:54:59 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 4 | 98.228.161.231 | 2D5554333330302D6873D7A5C88347841483821E | µTorrent 3.3.0 | 04/20/2013 11:29:55 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Westchester |
| 5 | 71.57.72.139 | 2D4243303133312D40A4013BCCC9776CBFA21655 | BitComet 1.31 | 04/20/2013 11:03:25 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Maywood |
| 6 | 98.193.103.201 | 2D554D313831302D567014BBA954802351E01394 | µTorrent Mac 1.8.1 | 04/20/2013 11:01:05 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 7 | 67.167.231.73 | 2D5554333133302DBF6AA9368E8698133DFD9875 | µTorrent 3.1.3 | 04/20/2013 10:55:20 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Northbrook |
| 8 | 98.213.243.108 | 2D415A343930302D647638377656327242 34504C | Vuze 4.9.0.0 | 04/20/2013 10:47:41 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Oregon |
| 9 | 68.58.96.134 | 2D5554333230302DB06BD990BF196453DE03C1A6 | µTorrent 3.2.0 | 04/20/2013 10:44:27 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bellwood |
| 10 | 98.227.225.169 | 2D5554333232302DB36F965AE25DA19980FF71D4 | µTorrent 3.2.2 | 04/20/2013 10:12:37 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Berwyn |
| 11 | 67.175.93.222 | 2D4243303132392D1247E6C2B82717FDDB7F0E60 | BitComet 1.29 | 04/20/2013 10:10:27 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lake Zurich |
| 12 | 76.16.146.188 | 2D5554333133302D6A6BDFE96EEC6DDF7D220B48 | µTorrent 3.1.3 | 04/20/2013 09:48:14 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Orland Park |
| 13 | 24.13.255.66 | 2D554D313834302D06734D18D2B0F68CE4F3E2B8 | µTorrent Mac 1.8.4 | 04/20/2013 09:30:13 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Yorkville |
| 14 | 24.14.5.216 | 2D5554333230302DEE6C0C8E78F352B04511A452 | µTorrent 3.2.0 | 04/20/2013 07:02:48 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Burbank |
| 15 | 50.148.76.227 | 2D415A343930302D55696363516B4969766C3232 | Vuze 4.9.0.0 | 04/20/2013 06:42:36 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 16 | 67.163.67.84 | 2D4243303133342D7242E5325AA6A37D2F46ABF0 | BitComet 1.34 | 04/20/2013 05:33:56 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 17 | 50.140.172.208 | 2D5554333330302D68733A2427BFDF403904FBA6 | µTorrent 3.3.0 | 04/20/2013 04:50:01 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Joliet |
| 18 | 98.253.136.253 | 4D372D342D312D2DF472268EFC28DA17FD402A3E | BitTorrent 7.4.1 | 04/20/2013 04:45:16 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Round Lake |
| 19 | 98.253.33.250 | 2D5554333330302D9E725512D437FB883A367F93 | µTorrent 3.3.0 | 04/20/2013 03:07:37 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glenview |
| 20 | 76.16.158.117 | 2D415A343530342D31486344596136336C59587A | Vuze 4.5.0.4 | 04/20/2013 02:27:11 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago Heights |
| 21 | 67.163.50.161 | 2D5554333330302D6873A6D5A208E4174F043831 | µTorrent 3.3.0 | 04/20/2013 01:57:06 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Oak Park |
| 22 | 98.227.169.20 | 2D5554333233302D2170E66C93A6D294C9AC559A | µTorrent 3.2.3 | 04/20/2013 01:13:12 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Harwood Heights |
| 23 | 98.193.71.149 | 4D372D362D302D2D7F68D34B31F6B9B7E4F6C45B | BitTorrent 7.6.0 | 04/20/2013 01:04:51 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Schaumburg |
| 24 | 98.213.149.201 | 2D5554333233302D2170600388B86828A4040507 | µTorrent 3.2.3 | 04/20/2013 01:02:37 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 25 | 68.54.223.114 | 2D415A343830302D6C6B3549704E446C52647436 | Vuze 4.8.0.0 | 04/20/2013 12:49:34 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 26 | 71.194.32.140 | 2D415A343831322D7652484B596C794832593131 | Vuze 4.8.1.2 | 04/20/2013 12:46:25 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 27 | 50.148.40.91 | 2D5452323737302D736A6A303434373775767A77 | Transmission 2.77 | 04/20/2013 12:49:43 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 28 | 71.194.240.89 | 2D415A343530342D656D544A42576C507175786F | Vuze 4.5.0.4 | 04/20/2013 12:37:31 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Orland Park |
| 29 | 76.16.126.68 | 2D5554333233302D2170BFF8BD734AAA2FDA33ED | µTorrent 3.2.3 | 04/20/2013 12:18:58 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 30 | 76.29.62.217 | 2D5452323737302D783476396735636B68313473 | Transmission 2.77 | 04/20/2013 12:12:11 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Palatine |
| 31 | 68.58.157.151 | 2D5452323735302D7331776F62336B67706A3130 | Transmission 2.75 | 04/20/2013 12:15:54 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 32 | 24.1.210.112 | 2D4241333330302D49705BD78D1A369D530E44BD | -BA3300-Transmission | 04/20/2013 12:13:20 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Streamwood |
| 33 | 76.29.120.229 | 2D5452323737302D647568317375647A6E666A73 | Transmission 2.77 | 04/20/2013 12:04:07 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Plainfield |

| # | IP | Hash | Client | DateTime | File | SHA1 | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 34 | 50.151.48.24 | 4D372D382D302D2D697339E2075987CB91D8046B | BitTorrent 7.8.0 | 04/20/2013 12:00:52 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 35 | 64.53.128.165 | 2D5452323737302D6F7A676F68366D3934666B6F | Transmission 2.77 | 04/20/2013 12:02:15 PM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | WideOpenWest | Illinois | Naperville |
| 36 | 98.220.71.3 | 2D5554313832302D7A38FB05A66ABF2E806D318E | µTorrent 1.8.2 | 04/20/2013 11:53:25 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lake In The Hills |
| 37 | 68.57.197.46 | 2D5554333233302D21708BEA78D9CDBAADCDEAA1 | µTorrent 3.2.3 | 04/20/2013 11:48:11 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | River Forest |
| 38 | 98.213.204.71 | 2D5554333230302DB06B36304B03E7442BF580A9 | µTorrent 3.2.0 | 04/20/2013 11:40:16 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 39 | 24.14.192.27 | 2D415A343831322D444C756667375567366B504C | Vuze 4.8.1.2 | 04/20/2013 11:36:25 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Harvey |
| 40 | 24.14.140.124 | 2D5554333233302D2170A0227D63531AF1AF4327 | µTorrent 3.2.3 | 04/20/2013 11:01:32 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Aurora |
| 41 | 69.47.247.28 | 2D5554333233302D21707A6565D59AF5651F3325 | µTorrent 3.2.3 | 04/20/2013 10:55:13 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | WideOpenWest | Illinois | Chicago |
| 42 | 50.141.184.227 | 2D5554333133302DD5687537FFD24090DFBE1095 | µTorrent 3.1.3 | 04/20/2013 10:47:00 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Vernon Hills |
| 43 | 24.13.105.41 | 2D415A343732302D4B4B507965586A4B87152345A | Vuze 4.7.2.0 | 04/20/2013 10:45:17 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 44 | 98.215.167.9 | 2D415A343831322D546E7277486542704F775032 | Vuze 4.8.1.2 | 04/20/2013 10:37:50 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 45 | 98.222.250.78 | 2D5554333330302D16736AC5C5506206097E2CDC | µTorrent 3.3.0 | 04/20/2013 10:29:28 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lincolnwood |
| 46 | 50.141.151.208 | 2D5554333232302DB36FACC14BFD16EDD47B506D | µTorrent 3.2.2 | 04/20/2013 10:29:27 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Gurnee |
| 47 | 98.214.9.21 | 2D415A343831322D394B746D594F737071333048 | Vuze 4.8.1.2 | 04/20/2013 10:26:57 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Freeport |
| 48 | 69.245.246.254 | 2D415A343930302D5741307467436872535555625A | Vuze 4.9.0.0 | 04/20/2013 10:20:12 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 49 | 24.14.68.153 | 2D5554333330302D68737A4C2C3117D1F1EA21A4 | µTorrent 3.3.0 | 04/20/2013 10:06:02 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lake Forest |
| 50 | 71.201.116.146 | 2D554D313831302D56708FB0483B9ABA6E57EF5D | Mac 1.8.1 | 04/20/2013 10:03:31 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Mchenry |
| 51 | 69.245.207.65 | 2D5554333231302DB66D06F5F5834C52E6629814 | µTorrent 3.2.1 | 04/20/2013 09:34:39 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 52 | 71.201.197.15 | 4D372D332D352D2DEC6B8CB1A3F91CF00E9981C8 | BitTorrent 7.3.5 | 04/20/2013 09:24:40 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 53 | 71.57.45.177 | 4D372D372D322D2D536F470A2721F62FFE68A84D | BitTorrent 7.7.2 | 04/20/2013 09:01:26 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elmwood Park |
| 54 | 98.213.122.121 | 2D5554333233302D2170F826473D6C0CB6E7320A | µTorrent 3.2.3 | 04/20/2013 08:59:53 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Belvidere |
| 55 | 98.220.156.205 | 2D5554333231302DB66D8199149989816D886B91 | µTorrent 3.2.1 | 04/20/2013 08:56:05 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 56 | 71.239.32.19 | 2D5554333330302D6873C287EEF30FD27B8C9F6B | µTorrent 3.3.0 | 04/20/2013 08:55:06 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Waukegan |
| 57 | 98.206.220.226 | 2D5452323531302D61707771327231736C617831 | Transmission 2.51 | 04/20/2013 08:49:34 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Gurnee |
| 58 | 69.245.247.26 | 2D5554333330302D687368F719BB3BC7DCF11D59 | µTorrent 3.3.0 | 04/20/2013 08:45:18 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 59 | 69.246.231.140 | 2D5554323230302D975C9348B05A1C34B5575DF4 | µTorrent 2.2.0 | 04/20/2013 08:42:08 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Minooka |
| 60 | 98.213.127.88 | 2D415A343930302D7237795748373263436933257 | Vuze 4.9.0.0 | 04/20/2013 08:34:41 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 61 | 67.186.106.242 | 2D5554333330302D68737098390CC3A93834CD85 | µTorrent 3.3.0 | 04/20/2013 07:39:50 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glenwood |
| 62 | 69.245.240.224 | 2D5554333330302D6873793234CB13BEA2C858C0 | µTorrent 3.3.0 | 04/20/2013 07:18:14 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 63 | 24.12.194.255 | 2D5554333330302D68734F71E3DE1AA7F8897DA1 | µTorrent 3.3.0 | 04/20/2013 06:46:49 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Wilmette |
| 64 | 76.16.32.120 | 2D415A343831322D61326E36386C72363136426D | Vuze 4.8.1.2 | 04/20/2013 06:29:42 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Oak Forest |
| 65 | 24.15.81.62 | 2D5452323737302D306B76323363366E38656838 | Transmission 2.77 | 04/20/2013 06:27:07 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Wheaton |
| 66 | 98.226.215.17 | 2D5554333330302D687382141F930B3471ACFBFE | µTorrent 3.3.0 | 04/20/2013 06:23:12 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 67 | 67.165.158.34 | 2D5554333133302D476AE51E4C8419125114CE6C5 | µTorrent 3.1.3 | 04/20/2013 06:16:19 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Evanston |

| # | IP | Hash | Client | Hit Date UTC | File Name | File Hash | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 68 | 98.227.162.28 | 2D5452323531302D6A646B766D66746772786D35 | Transmission 2.51 | 04/20/2013 06:17:40 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Monee |
| 69 | 71.194.241.96 | 2D5554333233302D2170C18AC6799B8355CED2AF | µTorrent 3.2.3 | 04/20/2013 06:10:10 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Orland Park |
| 70 | 50.44.18.53 | 2D5554333330302D6873485D3DBBCE5CF10937BE | µTorrent 3.3.0 | 04/20/2013 05:51:24 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Frontier Communications | Illinois | Sycamore |
| 71 | 71.201.112.104 | 2D5554333030302D7463BB9D93751073F19E8470 | µTorrent 3.0.0 | 04/20/2013 05:44:26 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Woodstock |
| 72 | 98.226.237.84 | 2D415A343930302D5655514E3646706357723454 | Vuze 4.9.0.0 | 04/20/2013 05:39:57 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 73 | 98.223.130.77 | 2D415A343831322D30697545746C59796F69S131 | Vuze 4.8.1.2 | 04/20/2013 05:26:13 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 74 | 67.175.236.25 | 2D5554333330302D6873C4FD5BB7294415D173F6 | µTorrent 3.3.0 | 04/20/2013 05:10:48 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Huntley |
| 75 | 98.253.123.114 | 2D5554333233302D2170C007F9A552B776D93C3F | µTorrent 3.2.3 | 04/20/2013 04:53:52 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Forest Park |
| 76 | 71.239.20.44 | 4D372D382D302D2D1773E972F057892AFBE81925 | BitTorrent 7.8.0 | 04/20/2013 04:35:38 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lake Villa |
| 77 | 98.223.156.136 | 2D415A343731322D66424864476F705459414B6D | Vuze 4.7.1.2 | 04/20/2013 04:18:07 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 78 | 98.223.158.83 | 2D5554333233302D2170FC4883AADE8446B526B9 | µTorrent 3.2.3 | 04/20/2013 04:10:04 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Romeoville |
| 79 | 71.201.79.55 | 2D5554323231302D2A62C3EF5F0BFCBB93B43595 | µTorrent 2.2.1 | 04/20/2013 04:05:00 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Des Plaines |
| 80 | 50.129.34.49 | 2D5554323231302D2A62159C06BC34B75C1A860A | µTorrent 2.2.1 | 04/20/2013 03:49:06 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lisle |
| 81 | 67.186.68.236 | 2D554D313033302DF95BD8AD71A57992E9B207A8 | Mac 1.0.3 | 04/20/2013 03:46:01 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bolingbrook |
| 82 | 67.173.53.47 | 2D5554333330302D6873D4F6887C5B1029436BC5 | µTorrent 3.3.0 | 04/20/2013 03:45:03 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 83 | 24.14.152.25 | 2D415A343930302D33357934396D367336357866 | Vuze 4.9.0.0 | 04/20/2013 03:34:47 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Oswego |
| 84 | 98.228.73.125 | 2D415A343831322D6E357031463072464C6E7761 | Vuze 4.8.1.2 | 04/20/2013 03:34:04 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 85 | 98.223.146.198 | 4D372D372D332D2D227064F86C094E10829C918F | BitTorrent 7.7.3 | 04/20/2013 03:32:05 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 86 | 98.228.73.71 | 2D5554333233302D21705AB2E30EACA71D045FC0 | µTorrent 3.2.3 | 04/20/2013 03:25:24 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 87 | 76.29.65.150 | 2D5554333330302DC671F4456118BF9B383FF9FF | µTorrent 3.3.0 | 04/20/2013 03:18:26 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Cicero |
| 88 | 67.184.3.48 | 2D554D313834302D06733EC52570FD8A86042FD6 | Mac 1.8.4 | 04/20/2013 03:17:06 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | North Aurora |
| 89 | 24.1.10.197 | 2D5554333330302D6873B4BAEAD98537D7FB8D19 | µTorrent 3.3.0 | 04/20/2013 03:08:30 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Evergreen Park |
| 90 | 67.184.96.38 | 2D4241333330302D4970B3E08EDCAE6364C77A22 | -BA3300- | 04/20/2013 03:09:27 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Bloomingdale |
| 91 | 67.149.227.30 | 2D5554333330302DC671C656E02D0B9F7E35113E | µTorrent 3.3.0 | 04/20/2013 03:00:34 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | WideOpenWest | Illinois | Chicago Heights |
| 92 | 71.239.225.207 | 2D5554333233302D21707F36803D61FE2503CC2B | µTorrent 3.2.3 | 04/20/2013 02:42:50 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Wilmington |
| 93 | 71.201.206.108 | 2D415A343830302D48465978776E7A3635613571 | Vuze 4.8.0.0 | 04/20/2013 02:32:32 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Berwyn |
| 94 | 67.176.160.241 | 2D5554333233302D2170E3840D123A77AF01361F | µTorrent 3.2.3 | 04/20/2013 02:17:00 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Crystal Lake |
| 95 | 24.14.23.68 | 4D372D382D302D2D69739FF69CC35838EB5F253F | BitTorrent 7.8.0 | 04/20/2013 02:15:04 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Glendale Heights |
| 96 | 67.167.59.181 | 2D415A343831322D7456554E5473493735514350 | Vuze 4.8.1.2 | 04/20/2013 02:17:04 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Lombard |
| 97 | 67.175.155.44 | 2D415A343930302D7839S06A394C7A3556567847 | Vuze 4.9.0.0 | 04/20/2013 02:08:26 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Gurnee |
| 98 | 50.103.30.140 | 4D372D322D312D2DD66293B065C924930E2A1050 | BitTorrent 7.2.1 | 04/20/2013 02:03:24 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Frontier Communications | Illinois | Freeport |
| 99 | 98.226.175.51 | 2D5452323531302D32797A30763778766371367A | Transmission 2.51 | 04/20/2013 02:03:28 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Belvidere |
| 100 | 98.213.133.80 | 2D5554333330302D68739938090C87FDEA4B5461 | µTorrent 3.3.0 | 04/20/2013 01:54:52 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 101 | 98.213.58.99 | 2D415A343930302D544E746444305A614A586E79 | Vuze 4.9.0.0 | 04/20/2013 01:48:24 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Sterling |

| # | IP | Hash | Client | Date/Time | File | SHA1 | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 102 | 98.227.126.79 | 2D5554333233302D2170E97749F70ECF5E085A43 | µTorrent 3.2.3 | 04/20/2013 01:40:18 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Mchenry |
| 103 | 98.227.161.49 | 4D372D372D332D2D2270A8CB25DA71041A1CA631 | BitTorrent 7.7.3 | 04/20/2013 01:28:35 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Monee |
| 104 | 24.13.184.235 | 2D415A343831322D4D717A3675764A4464324949 | Vuze 4.8.1.2 | 04/20/2013 01:24:51 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Crystal Lake |
| 105 | 71.194.18.123 | 2D5554333330302D687306A25E47560D7B0D9E13 | µTorrent 3.3.0 | 04/20/2013 01:06:01 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Elgin |
| 106 | 98.220.24.144 | 2D554D313832302D5B71FFAD74EC168C341F10DE | Mac 1.8.2 | 04/20/2013 01:01:54 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Rockford |
| 107 | 98.220.9.2 | 2D554D313834302D0673777970F3A8BAC5A1E62C | Mac 1.8.4 | 04/20/2013 12:51:28 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 108 | 69.47.225.28 | 2D5554333330302D6873B70FCB8BC880653B2563 | µTorrent 3.3.0 | 04/20/2013 12:45:38 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | WideOpenWest | Illinois | Park Ridge |
| 109 | 67.173.95.174 | 2D415A343930302D6F554E5379446852716C6833 | Vuze 4.9.0.0 | 04/20/2013 12:41:37 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Zion |
| 110 | 24.12.180.64 | 2D5554333330302D9A71F8E5BA366BB13387E0DC | µTorrent 3.3.0 | 04/20/2013 12:16:01 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 111 | 71.239.76.192 | 2D5554333330302D6873403EE78F28FB941CB5AD | µTorrent 3.3.0 | 04/20/2013 12:10:59 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 112 | 67.173.136.199 | 2D415A343930302D493170755766416A77315353 | Vuze 4.9.0.0 | 04/20/2013 12:06:25 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |
| 113 | 24.12.72.97 | 4D372D372D332D2D227078203D2D27E266E145B5 | BitTorrent 7.7.3 | 04/20/2013 12:04:04 AM | The.Company.You.Keep.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 | SHA1: A87AD6F4AF7E2DC63B4A8C37AFCC2B5FEDE1BFB0 | Comcast Cable | Illinois | Chicago |