# HUGHES ✦ SOCOL ✦ PIERS ✦ RESNICK ✦ DYM, LTD.

Robert R. Anderson III
José J. Behar
Juliet Berger-White
Benjamin P. Beringer
Mark S. Dym
Terry Yale Feiertag
Cara A. Hendrickson
Michael A. Hierl
Cathy L. Higgins-Mora
John K. Hughes[1]
Richard F. Johnson[2]
Joshua Karsh
Robert W. Krug
Roger Littman
Barry Locke
Terence J. Moran
Todd S. Parkhurst
Donald G. Peterson
Matthew J. Piers
Kalman D. Resnick
Donna K. Socol
J. Eric Vander Arend
Daniel A. Waitzman
Mark B. Weiner
Christopher J. Wilmes

Karyn L. Bass Ehler
Chirag Badlani[3]
Mark A. Cisek
Marta Delgado[1]
Claudia Flores [3] o
Christopher A. Johnson
Caryn C. Lederer[3]
Jenna Miara[3][4]
Scott A. Mueller
Adam Snyder

*Of counsel*
Susan R. Gzesh

*Also admitted in*
[1] Wisconsin
[2] Indiana
[3] New York
[4] Massachusetts
o Not Admitted in Illinois

May 30, 2013

**FILED**
MAY 31 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Nick Fanelle
Deputy Clerk
United States District Court
Northern District of Illinois – Eastern Division
219 S. Dearborn Street – Room 2010
Chicago, IL 60604

      Re:    TCYK, LLC v. Does 1-113
                USDC No. 13-cv-3840

Dear Mr. Fanelle:

      In response to your letter of May 30, 2013 (copy attached), the copyright registration number for the subject work is PAu 3-660-935, the date of the copyright registration is October 17, 2012 and copyright holder/claimant is TCYK, LLC.

      Please contact me if you require any additional information.

Sincerely,

Michael A. Hierl
Attorney for Plaintiff
TCYK, LLC

MAH:cb
Encl.

70 West Madison Street ✦ Suite 4000 ✦ Chicago, Illinois 60602 ✦ Tel 312.580.0100 ✦ Fax 312.580.1994 ✦ www.hsplegal.com