UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

TCYK, LLC
                         Plaintiff,

v.                                               Case No.: 1:13–cv–03840
                                              Honorable Elaine E. Bucklo

DOES 1–113
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2013:

      MINUTE entry before Honorable Elaine E. Bucklo: Plaintiff's motion for leave to take discovery prior to Rule 26(f) conference [9] is granted. Plaintiff shall amend its complaint to name the actual defendants by 8/2/2013 or the complaint will be dismissed. Scheduling Conference reset to 8/29/2013 at 9:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.