**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TCYK, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13 CV 3840 |
| | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| DOES 1-113. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, September 4, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead in Courtroom 1441 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present the following motion attached hereto: John Doe #68's Motion to Quash Subpoena and Sever and Dismiss Does 2-113.

Respectfully Submitted,

**John Doe # 68**

Dated: August 26, 2013

by:/s/ <u>Wesley E. Johnson</u>
Wesley E. Johnson
One of his Attorneys

Wesley E. Johnson (6225257)
GOODMAN TOVROV HARDY & JOHNSON LLC
105 W. Madison, Suite 1500
Chicago, IL 60602
(312) 752-4828
Fax: (312) 264-2535
wjohnson@wesleyjohnsonlaw.com

CERTIFICATE OF SERVICE

The undersigned certifies that on August 14, 2013, he caused the foregoing to be filed with the Court via the CM/ECF electronic filing system, thereby serving all parties of record.

/s/ Wesley E. Johnson