# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

TCYK, LLC

                      Plaintiff,

v.                                            Case No.: 1:13–cv–03840
                                            Honorable Elaine E. Bucklo

DOES 1–113, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 30, 2013:

      MINUTE entry before Honorable Elaine E. Bucklo: Motion of defendant Doe No. 92 to vacate, or in the alternatve, to quash [24], John Doe #68's Motion to quash subpoena and sever and dismiss Does 2–113 [27] and Motion to sever and dismiss, motion to vacate and motion to quash on behalf of defendants John Doe 3, John Doe 23 and John Doe 67 [29] are taken under advisement. Plaintiff to respond by 9/24/2013. Defendants' replies due by 10/8/2013. Ruling before Honorable Elaine E. Bucklo on 10/25/2013 at 9:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.