IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
|     Plaintiff, | ) Case No.: 13-cv-3840 ) |
| v. | ) Judge Elaine E. Bucklo ) |
| DOES 1-113, | ) Magistrate Judge Sidney I. Schenkier ) |
|     Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF DOE DEFENDANT NOS. 68 and 92**

Plaintiff, TCYK, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the Doe Defendants associated with Internet Protocol addresses 98.227.162.28 (Doe No. 68) and 71.239.225.207 (Doe No. 92). Plaintiff is not dismissing any other Doe Defendants at this time.

The respective Doe Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Plaintiff is filing separate complaints for copyright infringement as related cases naming these Doe Defendants only.

Respectfully submitted,

Dated: September 20, 2013
TCYK, LLC

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
TCYK, LLC

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice of Doe Defendant Nos. 68 and 92 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 20, 2013.

                                                s/Michael A. Hierl