IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) Case No.: 13-cv-3840 |
| Plaintiff, | ) |
| | ) Judge Elaine E. Bucklo |
| v. | ) |
| | ) Magistrate Judge Sidney I. Schenkier |
| DOES 1-113, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S RESPONSE/NOTICE TO MOTION OF DOE NO. 68 TO QUASH/SEVER/DISMISS SUBPOENA [Dkt. No. 27]

In view of the concurrent filing on September 20, 2013 of Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Doe Defendant No. 68 and the Complaint for Copyright Infringement filed as Civil Action Nos. 13-cv-6770, Plaintiff respectfully submits that no response to the Motion of Doe No. 68 to Quash, Sever and Dismiss Subpoena filed on August 26, 2013 [Dkt. No. 27] is required and said motion is moot.

As a result, no further action by Plaintiff or the Court relating to said motion is required.

Respectfully submitted,

Dated: September 20, 2013       TCYK, LLC

By:   s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
mhierl@hsplegal.com

Attorneys for Plaintiff
TCYK, LLC

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Response/Notice to Motion of Doe No. 68 to Quash, Sever and Dismiss Subpoena was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 20, 2013.

                s/Michael A. Hierl