IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) Case No.: 13-cv-3840 |
| Plaintiff, | ) |
| | ) Judge Elaine E. Bucklo |
| v. | ) |
| | ) Magistrate Judge Sidney I. Schenkier |
| DOES 1-113, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S RESPONSE/NOTICE TO MOTION OF DOE NO. 92 TO VACATE/QUASH/MODIFY/SEVER SUBPOENA [Dkt. No. 24]

In view of the concurrent filing on September 20, 2013 of Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Doe Defendant No. 92 and the Complaint for Copyright Infringement filed as Civil Action Nos. 13-cv-6772, Plaintiff respectfully submits that no response to the Motion of Doe No. 92 to Vacate, Quash, Modify and Sever Subpoena filed on August 26, 2013 [Dkt. No. 24] is required and said motion is moot.

As a result, no further action by Plaintiff or the Court relating to said motion is required.

Respectfully submitted,

Dated: September 20, 2013        TCYK, LLC

By:     s/Michael A. Hierl
        Michael A. Hierl (Bar No. 3128021)
        Todd S. Parkhurst (Bar No. 2145456)
        Hughes Socol Piers Resnick & Dym, Ltd.
        Three First National Plaza
        70 W. Madison Street, Suite 4000
        Chicago, Illinois 60602
        (312) 580-0100 Telephone
        (312) 580-1994 Facsimile
        mhierl@hsplegal.com

        Attorneys for Plaintiff
        TCYK, LLC

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Response/Notice to Motion of Doe No. 92 to Vacate, Quash, Modify and Sever Subpoena was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 20, 2013.

                s/Michael A. Hierl