# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

TCYK, LLC

                         Plaintiff,

v.                                       Case No.: 1:13–cv–03840
                                            Honorable Elaine E. Bucklo

DOES 1–113, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 24, 2013:

      MINUTE entry before Honorable Elaine E. Bucklo: Does motion numbers 24, 27, 29 Motion to quash [24], Motion to dismiss [27], Motion to quash [27], Motion to set aside verdict [27], Motion to set aside verdict [29], Motion to dismiss [29], Motion to vacate is moot and Motion to quash [29] are terminated as moot. Ruling on Does motion numbers 24, 27, 29 is stricken. No appearance is required 10/25/2013. Defendants John Doe 23, John Doe 3, John Doe 67, John Doe 92 and John Doe #68 are voluntarily dismissed and terminated. Status hearing set for 11/7/2013 at 9:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.