IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 13-cv-3840 |
| | ) |
| v. | ) |
| | ) Judge Elaine E. Bucklo |
| DOES 1 – 113, | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL STATUS REPORT

In accordance with the Court's Order of January 22, 2014, notices and requests for waiver of service of summons under Rule 4 have been served on the remaining sixty-six Doe defendants in this matter. Plaintiff will supplement the record as waivers are returned.

Plaintiff should receive subscriber information from various ISPs soon concerning six additional Doe defendants.

Respectfully submitted,

Dated: January 28, 2014        TCYK, LLC

By: s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
TCYK, LLC

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Supplemental Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 28, 2014.

                s/Michael A. Hierl