# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

TCYK, LLC

                          Plaintiff,

v.                                          Case No.: 1:13–cv–03840
                                                      Honorable Elaine E. Bucklo

DOES 1–113, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2014:

       MINUTE entry before the Honorable Elaine E. Bucklo: This case was filed on 5/23/2013. I allowed discovery and gave plaintiff until 8/2/2013 to amend its complaint to name the actual defendants. I extended that time until 10/10/2013. Plaintiff never amended its complaint. It turns out that plaintiff never served most of the defendants. In response to my notice that I would dismiss this case under Fed. R. Civ. P. 4, unless plaintiff promptly filed its proof of service, plaintiff says that it will ask for a waiver of service from the defendants. This is not good enough. Plaintiff has flagrantly violated Fed. R. Civ. P. 4. This case is dismissed. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.